AO91 (Rev. 12/03)   Criminal Complaint                                                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                     **vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-02011

Edvin Duvan ASENCIO Y ASENCIO
IAE
Guatemala 2000

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 13, 2019** in **Starr** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Edvin Duvan ASENCIO Y ASENCIO was encountered by Border Patrol Agents near Rio Grande City, Texas on January 13, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on January 13, 2019 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Meador, Kellen  Border Patrol Agent
Signature of Complainant

Meador, Kellen   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 15, 2019
Date

at   McAllen, Texas
City/State

J Scott Hacker          U.S. Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge